# Order

Michigan Supreme Court
Lansing, Michigan

February 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132302(51)

_____

IN RE BRISTOL ELLIS NISWONGER, BILLY
RAY NISWONGER, and BETH ELIZABETH
ANN NISWONGER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
        Petitioner-Appellee,

v

                                                    SC: 132302
                                                    COA: 266343
                                                    Ingham CC
                                                    Family Division: 00-045297-NA

JULIE NISWONGER,
        Respondent-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November
13, 2006 order is considered, and it is DENIED, because it does not appear that the order
was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

Clerk

d0130